# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0438. KALEB GILMORE v. THE STATE.**

In March 2016, Kaleb Gilmore pled guilty to armed robbery and criminal attempt to commit a felony. In May 2018, Gilmore filed an "Extraordinary Affidavit Requesting a New Trial Based on Newly Discovered Evidence." The trial court denied the motion, and Gilmore filed this appeal.

Pursuant to OCGA § 5-5-40 (a), a motion for new trial must be filed within 30 days of the judgment of conviction.  As Gilmore requested a new trial beyond 30 days, it is properly construed as an extraordinary motion for new trial. See OCGA § 5-5-41 (b); *Balkcom v. State*, 227 Ga. App. 327, 328-329 (489 SE2d 129) (1997). An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7). Gilmore's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Balkcom*, 227 Ga. App. at 329.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  10/26/2018*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*